No. 04-1293

FILED
JAN 10 2005
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

JASON BENJAMIN SYMONDS,

Petitioner-Appellant,

v.

JANETTE PRICE,

Respondent-Appellee.

ORDER

1:00cv939

35

Jason Benjamin Symonds, a Michigan prisoner, appeals a district court judgment denying his petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Symonds has applied for a certificate of appealability. *See* Fed. R. App. P. 22(b).

A certificate of appealability may issue only if the petitioner makes a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Symonds has the burden of demonstrating that reasonable jurists would find the district court's assessment of his constitutional claims debatable or wrong. *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003). Upon review, the court concludes that Symonds has failed to make such a showing. The application for a certificate of appealability is denied.

ENTERED BY ORDER OF THE COURT

Leonard Green

Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By ____________
Deputy Clerk